FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 10-43794                           Judge: Carol A. Doyle                            Trustee Name: Andrew J. Maxwell
Case Name: Scott, Jacqueline                                                                 Date Filed (f) or Converted (c): 09/30/2010 (f)
                                                                                             341(a) Meeting Date: 12/09/2010
For Period Ending: 09/30/2019                                                                Claims Bar Date: 07/05/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 753 E. 79th St. Apt 3i Chicago, Illinois 60619 | 495.00 | 0.00 | | 0.00 | FA |
| 2. used furniture | 800.00 | 0.00 | | 0.00 | FA |
| 3. used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4. 1995 Buick Roadmaster | 2,225.00 | 0.00 | | 0.00 | FA |
| 5. PI case for "2010 spinal graph product" per 3-14-19 email (u) | Unknown | Unknown | | 0.00 | Unknown |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 3,820.00 | 0.00 | | 0.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**3-29-19 appointed to reopened case re possible tort recovery**
**employed counsel to pursue tort action, special counsel, etc. 4-24-19 order**

**Initial Projected Date of Final Report(TFR) :** 06/30/2020        **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**    /s/Andrew J. Maxwell              **Date:**   11/01/2019
                           Andrew J. Maxwell
                           3010 N. California Avenue
                           Chicago, IL 60618
                           Phone : (312) 368-1138