UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: JACQUELINE SCOTT | CASE NO: 10-43794 |
|---|---|
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 7<br>ECF Docket Reference No. 36<br>Judge: Carol A. Doyle<br>Hearing Location: 219 S. Dearborn Street, Chicago, IL<br>Hearing Date: December 3, 2020<br>Hearing Time: 10:30 a.m.<br>Response Date: November 23, 2020 |

On 11/2/2020, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) ECF Docket Reference No. 36

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/2/2020

/s/ Andrew J. Maxwell
Andrew J. Maxwell
c/o Maxwell Law Group
3010 N California Ave
chicago, IL  60618
312 368 1138

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JACQUELINE SCOTT | CASE NO: 10-43794 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No. 36<br>Judge: Carol A. Doyle<br>Hearing Location: 219 S. Dearborn Street, Chicago, IL<br>Hearing Date: December 3, 2020<br>Hearing Time: 10:30 a.m.<br>Response Date: November 23, 2020 |

On 11/2/2020, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) ECF Docket Reference No. 36

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/2/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andrew J. Maxwell
c/o Maxwell Law Group
3010 N California Ave
chicago, IL  60618

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-NOTICING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | ATT BANKRUPTCY |
| --- | --- | --- |
| LABEL MATRIX FOR LOCAL NOTICING 07521<br>CASE 10-43794<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>FRI OCT 30 16-39-48 CDT 2020 | ~~US BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ | PO BOX 769<br>ARLINGTON TX 76004-0769 |

| ADVOCATE LUTHERAN GENERAL HOSPITAL | AMERICASH | ASSET ACCEPTANCE |
| --- | --- | --- |
| 1775 DEMPSTER STREET<br>PARK RIDGE IL 60068-1174 | 175 W JACKSON BLVD STE 1550<br>CHICAGO IL 60604-2705 | PO BOX 2036<br>WARREN MI 48090-2036 |

| CAPITAL ONE NA | CLIENT FUNDING SOLUTIONS | I C SYSTEM INC |
| --- | --- | --- |
| CO AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY OK 73154-1529 | 1500 SKOKIE BLVD<br>SUITE 105F<br>NORTHBROOK IL 60062-4134 | PO BOX 64378<br>SAINT PAUL MN 55164-0378 |

| JEFFERSON CAPITAL SYSTEMS LLC | MIDWEST DIAGNOSTIC PATHOLOGY | MIDWEST ORTHOPAEDICS AT RUSH LLC |
| --- | --- | --- |
| PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | 75 REMITTANCE<br>CHICAGO IL 60675-1001 | 1 WESTBROOK CORPORATE CENTER<br>SUITE 240<br>WESTCHESTER IL 60154-5745 |

| NCO FINANCIAL SYSTEMS | RUSH UNIVERISTY MEDICAL CENTER | THE LOAN MACHINE |
| --- | --- | --- |
| 507 PRUDENTIAL RD<br>HORSHAM PA 19044-2308 | 75 REMITTANCE DR<br>SUITE 1611<br>CHICAGO IL 60675-1611 | 1909 W 87TH ST<br>CHICAGO IL 60620-6051 |

| WORK FORCE FINANCIAL INC | EXCLUDE | CATHERINE KIM |
| --- | --- | --- |
| 645 S CLARK STREET<br>CHICAGO IL 60605-1701 | ~~ANDREW J MAXWELL~~<br>~~MAXWELL LAW GROUP LLC~~<br>~~3010 N CALIFORNIA AVE~~<br>~~CHICAGO IL 60618-7090~~ | STAHL COWEN CROWLEY ADDIS LLC<br>55 WEST MONROE STREET<br>SUITE 1200<br>CHICAGO IL 60603-5127 |

| DEBTOR | MICHAEL A MILLER | EXCLUDE |
| --- | --- | --- |
| JACQUELINE SCOTT<br>753 E 79TH ST APT 3I<br>CHICAGO IL 60619-3129 | THE SEMRAD LAW FIRM LLC<br>20 S CLARK 28TH FLOOR<br>CHICAGO IL 60603-1811 | ~~PATRICK S LAYNG~~<br>~~OFFICE OF THE US TRUSTEE REGION 11~~<br>~~219 S DEARBORN ST~~<br>~~ROOM 873~~<br>~~CHICAGO IL 60604-2027~~ |