IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
|---|---|---|
| | ) | |
| Jacqueline Scott | ) | CASE NO. 10-43794-CAD |
| | ) | |
| | ) | Hon. Carol A. Doyle |
| Debtor(s) | ) | BANKRUPTCY JUDGE |

## NOTICE OF FILING

TO:  United States Trustee
219 S. Dearborn
8th floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on or about April 05, 2021, the undersigned filed the attached Trustee's Report of Deposit of Unclaimed Funds with the Clerk of the U.S. Bankruptcy Court, 219 South Dearborn, Chicago, Illinois. A copy of said report is attached hereto and is herewith served upon you.

> Andrew J. Maxwell (ARDC #1799150)
> Maxwell Law Group, LLC
> 3010 N. California Avenue
> Chicago, IL 60618
> (312) 368-1138

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of the foregoing Notice and attached Motion ELECTRONICALLY by filing same through the Illinois filing system on or before April 05, 2021 and using the Electronic Notice for Registrants service.

*/s/ Andrew J. Maxwell*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
|---|---|---|
|  | ) |  |
| Jacqueline Scott | ) | CASE NO. 10-43794-CAD |
|  | ) |  |
|  | ) | Hon. Carol A. Doyle |
| Debtor(s) | ) | BANKRUPTCY JUDGE |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Andrew J. Maxwell, Trustee, pursuant to 11 U.S.C. Section 347(a) and Federal Rule of Bankruptcy Procedure 3011 provides the following report of Trustee's Deposit of Unclaimed Funds with the Clerk of the Bankruptcy Court:

Distribution of funds in this case was made 12/7/20, including

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Jacqueline Scott<br>753 E. 79th St., Apt 3i<br>Chicago, IL 60619 | SURPLUS | $99,665.66 |
|  | Total: | $99,665.66 |

All other checks have been negotiated.

By reason of the foregoing, Trustee has caused the checks to be voided and has or will deposit the unclaimed funds by payment of **$99,665.66 (check no. 1008)** to the Clerk of the United States Bankruptcy Court.

RESPECTFULLY SUBMITTED,
Andrew J. Maxwell, Trustee

By  /s/ Andrew J. Maxwell
Trustee

Andrew J. Maxwell (ARDC #1799150)
3010 N. California Avenue
Chicago, IL 60618
(312) 368-1138