# 1. Notice of Motion form for Zoom for Government

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 24 2021
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

[caption] Jacqueline Scott
Bankruptcy Petition #10 - 43794
Chapter 7

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **June 28**, 202**1**, at **9:30** a.m./p.m., I will appear before the Honorable **A Benjamin Goldscr**, or any judge sitting in that judge's place, and present the motion of **petition for unclaimed funds** [to/ for] **Best Capital Services LLC / Shawn C. Rice**, a copy of which is attached. **in behalf of Jacqueline Scott**

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 500 0972** and the password is **726 993**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: **Best Capital Services LLC / Shawn C. Rice**
     **P.O Box 93  Cohutta, GA 30710**
[Name, address, telephone number, **(334) 790-1178**
and email address of counsel]
**BestCapitalServices LLC @ gmail.com**

## CERTIFICATE OF SERVICE

I, _Shawn C. Ria_, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _June 22_, 202_1_, at _3_ a.m./p.m.

Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jacqueline | | Scott |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: North District of Illinois
(State)

Case number: _____

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 24 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 99,665.66 |
|---|---|
| Claimant's Name: | Best Capital Services LLC/Shawn C Rice in behalf of Jacqueline Scott |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | PO Box 93<br>Cohutta, Ga 30710<br>334-790-1178<br>Bestcapitalservicesllc@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐  Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐  Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☒  Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒  Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Northern__ District of __Illinois__
Chief Civil Division
U.S. Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: __6/16/21__<br><br>Signature of Applicant: _[signed] S C Rice Dr_<br><br>Printed Name of Applicant: __SHAWN C. RICE__<br><br>Address: __4435 Trailwood Dr__<br>__Cohutta, GA 30710__<br><br>Telephone: __(334) 790-1178__<br><br>Email: _____ | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>Signature of Co-Applicant (if applicable): _____<br><br>Printed Name of Co-Applicant (if applicable): _____<br><br>Address: _____<br><br>Telephone: _____<br><br>Email: _____ |
| **6. Notarization**<br>STATE OF __Georgia__<br>COUNTY OF __Whitfield__<br><br>This Application for Unclaimed Funds, dated __6/16/2021__ was subscribed and sworn to before me this __16th__ day of __June__, 20__21__ by _____<br><br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL) Notary Public _[signed] Yesi Hernandez_<br><br>My commission expires: __Jan 8th 2024__<br><br>[Notary Seal: YESICA HERNANDEZ, NOTARY PUBLIC, MURRAY COUNTY, GEORGIA, MY COMMISSION EXPIRES JANUARY 08, 2024] | **6. Notarization**<br>STATE OF _____<br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by _____<br><br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL) Notary Public _____<br><br>My commission expires: _____ |