## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-43794 |
| Jacqueline Scott | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING WITHOUT PREJUDICE
## APPLICATION FOR UNCLAIMED FUNDS

On June 24, 2021, claimant Best Capital Services LLC / Shawn C Rice on behalf of

Jacqueline Scott filed an application for payment of unclaimed funds deposited with

the court, pursuant to 11 U.S.C. Section 347(a).  The application and supporting

documentation fail to establish that the claimant is entitled to the unclaimed funds.

Accordingly, IT IS HEREBY ORDERED:

   The application is denied without prejudice for improper notice.


Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  June 28, 2021