# 1. Notice of Motion form for Zoom for Government

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 01 2021
JEFFREY P. ALLSTEADT, CLERK

[caption] Jacqueline Scott
Bankruptcy Petition #10-43794
Chapter 7

**AMENDED**
**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on _July 12_, 20_21_, at _9:30_ a.m./p.m., I will appear before the Honorable _A Benjamin Goldgar_, or any judge sitting in that judge's place, and present the motion of _petition for unclaimed funds_ [to/ for] _Best Capital Services LLC / Shawn C. Rice_, a copy of which is attached.
in behalf of Jacqueline Scott

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is _161 500 0972_ and the password is _726993_. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: _Best Capital Services LLC / Shawn C Rice_
_P.O. Box 93 Cohutta, Ga 30710_
[Name, address, telephone number, _(334) 790-1178_
and email address of counsel]
_Best Capital Services LLC_
_@gmail.com_

## CERTIFICATE OF SERVICE

I, _Shawn C. Ria_, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _June 22_, 20_21_, at _3_ a.m./**p.m**.

Served to  Chief, Civil Division
US Attorney's Office
219 S. Dearborn Street Room 710
Chicago, IL 60604

-2-