UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 10-43794
Jacqueline Scott )
 )  Chapter: 7
 )  Honorable A. Benjamin Goldgar
 )
 )
Debtor(s) )

## ORDER DENYING WITHOUT PREJUDICE
## APPLICATION FOR UNCLAIMED FUNDS

On June 24, 2021, claimant Best Capital Services LLC / Shawn C Rice on behalf of Jacqueline Scott filed an application for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation fail to establish that the claimant is entitled to the unclaimed funds. Accordingly, IT IS HEREBY ORDERED:

The application is denied without prejudice for improper notice.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 28, 2021

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 10-43794-CAD
Jacqueline Scott  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 2
Date Rcvd: Jun 29, 2021     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Scott, 753 E. 79th St. Apt 3i, Chicago, IL 60619-3129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | on behalf of U.S. Trustee Patrick S Layng Adam.Brief@usdoj.gov |
| Andrew J Maxwell, ESQ | maxwelllawchicago@yahoo.com<br>amaxwell@iq7technology.com;trustee@maxwellandpotts.com;marchfirst_trustee@hotmail.com;ecf.alert+Maxwell@titlexi.com |
| Catherine Kim | on behalf of Debtor 1 Jacqueline Scott ckim@stahlcowen.com |
| Frank J Kokoszka | on behalf of Trustee Andrew J Maxwell  ESQ fkokoszka@k-jlaw.com, admin@k-jlaw.com |
| Michael A Miller | on behalf of Debtor 1 Jacqueline Scott mmiller@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |