**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | July 12, 2021 |
| **Bankruptcy Case** | 10 B 43794 | **Adversary No.** | |
| **Title of Case** | Jacqueline Scott | | |

**Brief Statement of Motion**: Application for payment of unclaimed funds (Re: docket No. 47)

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

Memorandum in opposition is due on or before August 2, 2021.

Status hearing is set for August 16, 2021, at 10:00 a.m.

*/s/ A. Benjamin Goldgar*