Thursday July 15, 2021
Jacqueline Scott
8236 S. Chappel Avenue
Chicago, Illinois 60617
(773) 759-9710

10-43794

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 15 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Dear Judge Goldgar (Chapter 07)

I am writing to apologize for the problem that occured on July 12th at 9:30 A.M. I was on the call and after my name was called, I said good morning. I was muted off I heard Shawn Price name announced, and saying that he was representing me. That is not true, I was trying to get your attention by saying excuse me Judge but you could not hear me.

Judge Goldgar if I did sign some papers I did not know what I was signing. Surely not papers giving Shawn Price Power of Attorney when I filled all the papers out myself. I don't know what happened. I did hear you give him a date to bring papers in on August, 2, 2021 and be at court on August 16, 2021 at 10:00 after about #11 or so, I was shut off all together. I was able to talk to Nancy she was in your chambers that morning. And I spoke to her, so she informed me to call her at 9:00 A.M. on August 16 2021, so, that she will make sure that everything is working on my phone, so, that I can hear. She said that you do not know what is going on, but it seems like you do everything was ready to go. I did not get a call from

If I signed any papers I did not know what I was signing. Shawn lied to me and said that an Attorney was the only one who could get the funds. He never told me that the paper that I signed at the Currency Exchange was paper giving him Power of Attorney, he is not an Attorney. I found that out after he got me to sign whatever paper I signed. Rightful Returns, LLC is the people who told me that they could get the funds for me if I wanted them to or I could do it myself.

Please accept my Apologies for not being able to answer. It made it look like I was not there when I was, but on mute.

Thank You Sincerely
Jacqueline Scott

P.S. here are papers that has something to do with what happened, the reason Shawn was there when he should not have been. My papers was in order and nothing was missing.



## (no subject)
1 message

**Jacqueline Scott** <jacquelinescott15742@gmail.com>   Wed, Jul 14, 2021 at 4:19 PM
To: amscott0827@gmail.com

I told you about Jesus because He is real in my life. I also told you that papers were in my mail box that was dated since 2020. You led me on to believe that you were the person who went to court and took care of everything. I didn't say that I was not going to do anything for you, but the people who were trying to get in touch with me are the people who did the work. I will be in touch with you. Thank you

---

Inducement:
a thing that persuades or influences someone to do something companies were prepared to build only in return for massive inducements
- a bribe
- Law introductory statements in a pleading explaining the matter in dispute.

&lt; Shawn/Attorney

2/2 told you as best as I know is true

Please ask the other party to show exactly what it was they did in court before me..I would love to see it

1/3 The email I received from Christina Corona from the court says " We received a new application

2/2 hear from you, you will be get...

< Shawn/Attorney
3347901178

...a new application yesterday by Mrs Scott Entry 47. This is the one that wil

2/3 I be heard. I did review the Notice of Motion for entry 47 and she had missing information.. Since you emailed me the Amended Notice of Motion- this rep

3/3 laces the one filed in entry 47"

9:55 AM

Sounds to me that...

2/2 hear from you, you will be get...

Shawn/Attorney
3347901178

also because I don't want there to be bad feeling

2/2 s between us   2:25 PM

You said you would take care of me so what do you propose?

As I said the other party who gave advice lied so they deserve nothing..they were only out to take the business from me

2/2 hear from you, you will be get...

Shawn/Attorney
3347901178

Amended Notice of Motion- this rep

3/3 laces the one filed in entry 47"

9:56 AM

Sounds to me that my motion replaced yours due to missing information

1/2 Again this is something that I would like us to agree upon not only so the case doesn't get delayed but

9:58 AM

2/2 hear from you, you will be get...

Shawn/Attorney

2/3 ound me and cut me out....I don't see this as the behavior of a born again christian...Do you really think Christ would have handled it like this?...you

3/3 are being greatly blessed but it seems you don't want to help the person who helped you discover these blessings

2/2 hear from you, you will be get...

Shawn/Attorney
3347901178

1/2 Who went to court?..I did the same research they did..I just got the information to you first..they couldnt do anything without your consent so there wa

2/2 s no need to bring anyone else in on this

It sounds to me like someone is giving you false information

2/2 hear from you, you will be get...

Shawn/Attorney
3347901178

If you made an agreement with them you should cancel because you made an agreement with me for power of attorney in this case for up to 1 year

9:28 PM

I can tell you they did nothing in court or it would have appeared on the court docket

I can show you

2/2 hear from you , you will be get...

< Shawn/Attorney

of confusion

1/2 You should know that above all else I believe in Jesus Christ as my Lord and Savior...no money is more important than my salvation so everything I have

2/2 told you as best as I know is true

Please ask the

2/2 hear from you, you will be get...

< Shawn/Attorney 📞 🔍 ⋯

sometimes but as you see..people do

2/2 n't often get their mail on time

The last thing I heard from the clerk was that the paperwork submitted by or for you in your name was incomplete and wouldn't be considered

I'm telling this has just created alot of confusion

2/2 hear from you , you will be get...

Shawn/Attorney

court docket

I can show you since it's all public record

I promise you the only court action was the motion I filed first and then the second motion you attempted afterwards

Now i understand why you were upset with me but it seems the other

2/2 hear from you, you will be get...

Shawn/Attorney
3347901178

legally binding so they will hold up in court

3:19 PM

Bookmarked here for unread messages

1/2 Read over the contract carefully as it states your 25 % is due to the company immediately when you begin your own process of claiming funds so if I don't

2/2 hear from you , you will be getting notice from my attorney for the court date

6:02 PM

< Shawn/Attorney 📞 🔍 ⋯
3347901178

I feel that as a Christian you will do the right thing
3:09 PM

We really should talk since I've already hired an attorney

My contracts have been reviewed by attorneys and are legally binding so they will hold up in court
3:19 PM


Bookmarked here for unread messages

2/2 hear from you, you will be get...

Shawn/Attorney
3347901178

the business from me

3:04 PM

1/2 Even if you win you will see in your contract our agreement is still in tact regardless of circumvention..which means you going around me ...read

compens
2/2 ation 2b

3:08 PM

I don't want to have to take this to court ..again

2/2 hear from you, you will be get...