UNITED STATES BANKRUPTCY COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE THE MATTER OF: ) | |
| ) | |
| ) | |
| ) | |
| Jacqueline Scott, ) | Case No. 10-43794 |
| Debtor . ) | |
| ) | |
| ) | |
| ) | |

To: The Clerk of Court and all parties of record.

I, Aasim Cunningham, Esq., am admitted to practice before this Court and I appear in this case as counsel for **Best Capital Services, LLC, Claimant.**

|  |  |
|---|---|
| 08/02/2021 | /s/Aasim Cunningham |
| Date | Attorney Signature |
|  |  |
|  | Aasim Cunnigham (6302608 |
|  | Name and ARDC Number |
|  |  |
|  | 120 West Madison, Suite 611 |
|  | Chicago, IL 60602 |
|  |  |
|  | arc@cunninghamlopez.com |
|  |  |
|  | 312-419-9611 |
|  | Telephone Number |
|  |  |
|  | 312-546-7703 |
|  | Fax Number |