# BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: ) | |
| ) | |
| ) | Case No. 10 BK 43794 |
| JACQUELINE SCOTT, ) | |
|    Debtor. ) | |
| ) | |
| ) | |

## CLAIMANT BEST CAPITAL SERVICES LLC'S MEMORANDUM IN OPPOSITION OF DEBTOR'S PETITION FOR UNCLAIMED FUNDS

NOW COMES Claimant, BEST CAPITAL SERVICES LLC, by and through their attorneys Cunningham Lopez LLP, and in support of its Memorandum of Law, states as follows:

## BACKGROUND

1. On September 30, 2021 the Debtor, Jacqueline Scott, filed a Petition for Bankruptcy to commence this matter.

2. An order for discharge was entered by this Court on February 8, 2011.

3. In March of 2019, the Trustee filed a motion to reopen this matter and on April 25, 2020, an order was entered granting the allocation of funds from a personal injury settlement due to the Debtor in the amount of $229,561.90.

4. The Trustee filed a receipt and report of unclaimed funds on April 5, 2021, stating that all funds required to be distributed on behalf of the bankruptcy estate had been distributed by December 7, 2020, and that there was a surplus of $99,665.66.

5. On June 9, 2021, the Debtor retained the services of Best Capital Services LLC, to collect the surplus on her behalf. A copy of the executed agreement ("the Agreement") between the Debtor and Best Capital Services is attached as Exhibit A.

1

6.  The Debtor also executed a Limited Power of Attorney and Letter of Direction, attached hereto as Exhibit B and Exhibit C, respectively.

7.  The Agreement grants Best Capital Services the exclusive right to collect the unclaimed funds on behalf of the Debtor. See Ex. A, ¶1(c).

8.  Under the Agreement, Best Capital Services was authorized by the Debtor to collect the entire amount of unclaimed funds and distribute seventy-five (75%) of the proceeds to the Debtor.

9.  On June 24, 2021 Best Capital Services filed a petition for the unclaimed funds on behalf of the Debtor, and the petition was denied due to improper service.

10. Just six days later, the Debtor filed a petition of her own, in breach of the agreement between the parties.

11. Best Capital Services filed an amended petition on July 1, 2021.

## RELEVANT LEGAL AUTHORITY

12. "The district court in which a case under title 11 is commenced or is pending shall have exclusive jurisdiction-(1) of all the property, wherever located, of the debtor as of the commencement of such case and of property of the estate". 28 USCA §1334(e)(1).

13. "The function of §1334(e) is clear- to insure that only one court administers the bankruptcy estate of a debtor. Otherwise, the orderly distribution of the assets of the debtor to holders of claims against the estate-one of the main functions of bankruptcy-could not be accomplished." *In re Bay Vista of Virginia, Inc*., 394 B.R. 820 (2008).

## ARGUMENT

**The Court should exercise its discretion to resolve the controversy between the Debtor and Claimant to serve judicial economy and fairness.**

14. The Claimant is asking the Court to exercise discretion in enforcing the Agreement for services rendered on behalf of the Debtor in this matter.

15. Almost one year elapsed between when the Trustee applied to this Court to distribute the Debtor's personal injury settlement and when the Debtor exhibited any participation in the proceedings.

16. But-for the actions taken by Best Capital Services, the Debtor would not have been made aware of the unclaimed surplus in this matter.

17. Best Capital Services expended substantial time and effort, as evidenced by their Petition to this Court for the unclaimed Funds on behalf of the Debtor.

18. The Agreement executed between the parties, and Best Capital Services' performance of services locating the unclaimed funds creates a controversy that could be resolved by the Bankruptcy Court.

19. The terms of the Agreement are clear, that Best Capital Services would collect the unclaimed funds and distribute 75% of the funds to the Debtor. *See* Ex. A, ¶2(b).

20. The Debtor executed a Limited Power of Attorney for the purpose of effectuating the Agreement between the parties, and at no point revoked her Power of Attorney of the Claimant.

21. Best Capital Services should not be deprived of their rights under the Agreement between the parties as a result of a technical deficiency in the original Petition for Unclaimed Funds. If the Court were to exercise its discretion, ordering that that funds be released to the Debtor's Power of Attorney, Best Capital Services, or alternatively to award the distribution of funds pursuant to the Agreement, then it would prevent the high probability of further litigation regarding this matter.

## CONCLUSION

WHEREFORE, the Claimant, BEST CAPITAL SERVICES LLC, prays this Honorable Court exercise its apparent discretion as a court of equity and release the Surplus of Funds to Best Capital Services pursuant to the Agreement, or alternatively to allocate the funds pursuant to the Agreement.

Respectfully submitted,

__/s/Aasim Cunningham__
Aasim Cunningham (ARDC 6302608)
*Attorney for BEST CAPITAL SERVICES, LLC*

**Cunningham Lopez LLP**
120 W. Madison St., Ste. 611
Chicago, IL 60602
Phone: (312) 419-9611
Email: arc@cunninghamlopez.com
Attorney No. 61027

# GOVERNMENT AUDIT & BENEFICIARY LOCATOR SERVICE
# FEE AGREEMENT

This Agreement is by Jacqueline Scott and Best Capital Services LLC/ Shawn C Rice and is effective when signed by Claimant.

**Background**

This agreement is made with reference to the following facts and circumstances:

Organization is in the business of locating people and/companies or other legal entities who are entitled to claim funds it has located.

Claimant wishes for Organization to verify that funds are due to Claimant and for Organization to then go and get those funds for Claimant in exchange for Organization receiving a portion of the monies recovered.

**1. Claimant and Organization agree as follows:**

a) Organization will advance all costs **and will not receive any reimbursement for incurred costs.** Organization will perform all reasonable duties necessary to obtain the Funds;

b) Organization agrees to provide all forms and documents required to process the claim for the Funds;

c) Claimant authorizes Organization to act as their exclusive agent to process a claim for the Funds;

d) Claimant agrees that Organization may hire an attorney or law firm(s) of its choosing to perform and manage the claiming process;

e) After a successful claim, Organization agrees to promptly send any funds due Claimant under this agreement. When funds are received, Claimant shall be promptly notified, provided a copy of the check received and an accounting for any expenses. In turn Claimant shall provide written confirmation of Claimant's agreement on the proposed distribution, confirm how to make out the check and where to send payment.

f) Both parties agree to cooperate promptly and fully with all reasonable requests from the other in performance of this Agreement.

**EXHIBIT A**

REV NF

**2. COMPENSATION:**

a) *Claimant and Organization agree that payment to Organization is contingent upon Organization actually recovering the Funds. If no Funds are recovered, for any reason other than the Claimant breaching this agreement, then all parties to this Agreement are released of their duties and obligations under this Agreement. Claimant will have no obligation whatsoever to pay the Organization. In such event Organization will absorb all costs advanced.*

b) Claimant and Organization agree to that Claimant shall receive 75% of any Funds recovered and that Organization shall receive **25**% of any Funds recovered as a compensation for Organizations' work. **Under no circumstances is Claimant responsible for paying any of Organizations' expenses.** For clarification, Organization is ONLY entitled to a percentage of the funds that are collected.

**3. NON-CIRCUMVENTION:**

a) Claimant understands that during the process of working with the Organization the Claimant may learn where the funds are located. Claimant agrees that he/she/they will not attempt to circumvent the Organization by making the claim without the Organization involvement.

b) In the event the Claimant does attempt to circumvent the Organization, Claimant agrees that as soon as Claimant starts to work on recovering the money independent of the Organization that Claimant shall immediately pay the agreed upon percentage of the claim amount listed in the government account to the Organization and reimburse Organization for its costs. Such payment shall be made via wire transfer within two business days of Claimant starting to work on recovering the money.

c) If Claimant does not pay within two business days Claimant agrees to pay all costs incurred by Organization in enforcing this agreement including Organizations' attorney's fees, legal costs, collection fees, and all other expenses incurred by the Organization in enforcing its rights to payment of its portion of the claim. In addition to the costs incurred by the Organization the Claimant agrees to pay interest on all monies due the Organization at the lesser of the legally permitted rate or twelve percent per annum.

**4. LIMITATION OF LIABILITY:**

REV NF

In no event shall liability of Organization exceed the amount paid by Claimant to Organization on account of fees or costs. Claimant agrees Organization will not be liable for any alleged loss of monies that could have been claimed, business, direct or indirect damages, consequential or punitive damages, attorneys' fees and/or any other claims other than Organization refunding any monies actually paid by Claimant to Organization. Claimant is responsible for compliance with all state & local statutes, laws, and regulations. Claimant agrees to indemnify and hold Organization harmless from all claims arising from work performed under this agreement.

**5. MISCELLANEOUS PROVISIONS:**

a) *Counterparts and Facsimile Transmission* – This Agreement may be signed in counterparts. A signed copy of this Agreement received by fax, scan, hard copy or email shall be deemed an original.

b) *Governing Law, Venue, and Relief* – This Agreement shall be governed under the laws of the State where the Organization has its office. In the event a dispute arises by either party; the venue shall be in the County Courts in the County in which the Organization has its office. The prevailing party shall be entitled to reasonable attorney's fees and other relief awarded by the Court.

c) *Binding* – This Agreement is binding upon all heirs, successors in interest, and assigns.

d) *Signor Represents They Have Authority to Sign this Agreement* – If this Agreement is being signed on behalf of an Estate, LLC, Corporation, Trust, LP, or other non-natural entity (jointly "Non-Natural Party") the signatories hereto represent that they are authorized to sign this Agreement and have obtained all authority needed to sign this Agreement on behalf of the Non-Natural Party for whom they are signing this Agreement.

REV NF

signed on behalf of an Estate, LLC, Corporation, Trust, LP, or other non-natural entity (jointly "Non-Natural Party") the signatories hereto represent that they are authorized to sign this Agreement and have obtained all authority needed to sign this Agreement on behalf of the Non-Natural Party for whom they are signing this Agreement.

By signing below Claimant agrees to hire Organization to claim the Funds under the terms of this Agreement.

_Jacqueline Scott_       (773) 759-9710
Client's Signature      Phone

_Jacqueline Scott_
Print Client's Name      Fax

Date: 06/09/2021

**CLIENT 2**

_____      _____
Client's Signature      Phone

_____      _____
Print Client's Name      Fax

Date:_____

**ORGANIZATION**

Best Capital Services LLC/Shawn C Rice
REV NF

## LIMITED POWER OF ATTORNEY

I, Jacqueline Scott hereby appoint **Best Capital Services LLC/Shawn C Rice** as my true and lawful attorney for me and in my name and stead, and for my use and benefit to claim funds held for me by the Bankruptcy Court of Illinois Northern District

Giving and granting unto my said attorney in fact full authority and power to do and perform any and all other acts necessary or incident to the performance and execution of the powers herein expressly granted with power to do and perform all acts authorized herby; as fully to all intents and purposes as the grantor might or could do if personally present.

This power of Attorney will cease twelve (12) months from date hereof.

Date this 9th day of June 2021

*[signature: Jacqueline Scott]*
**Signed**

State of Illinois:
County of Cook:

I, the undersigned Notary Public in and for the State of Illinois hereby certify that on the 9th day of June, 2021, personally appeared before me Jacqueline Scott to me known to be the individual described in and who executed the within instrument, and acknowledged that he/ she/ they signed the same as his/ her/ their free voluntary act and deed, for the uses and purposes therein mentioned.

*[signature]*
**Notary Public**

OFFICIAL SEAL
HUBALDO J TELLEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/12/24

My commission expires: 09/12/24

**EXHIBIT B**

Re: Application to Claim Funds due **Jacqueline Scott**

Dear Sir/Madam:

I have contracted with **Best Capital Services LLC/Shawn C Rice** to make application for and/or claim the excess funds held by your office and due me as a result of the bankruptcy

Please make out the check to Best Capital Services LLC. If it is the policy of your office to make said check(s) payable to the claimant only, then please do so and send to me in care of Best Capital Services LLC at the following address:

> **Best Capital Services LLC**
> **Shawn C Rice**
> **PO Box 93**
> **Cohutta Ga 30710**

If you have any questions or concerns about my application and/or claim, please do not hesitate to contact **Shawn C Rice of Best Capital Services LLC** at telephone number **334-790-1178**.

These are my explicit instructions. Please follow them as I have directed.

Sincerely,

_Jacqueline Scott_
(Claimants Name, Sign W/Notary)

STATE OF ___Illinois___
COUNTY OF ___Cook___
I, ___Hubaldo J. Tellez___, a Notary Public for said County and State, do hereby certify that ___Jacqueline Scott___ personally came before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, Month of ___June 9___, 20___21___.

_Hubaldo J. Tellez_
Notary Public

My commission expires: ___09/12/24___
V. NF

```
OFFICIAL SEAL
HUBALDO J TELLEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/12/24
```

**EXHIBIT C**