UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.:  10-43794
Jacqueline Scott )
)  Chapter: 13
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**ORDER GRANTING MOTION FOR LEAVE TO FILE A REPLY**

This matter coming before the court on the debtor's motion for leave to file a reply in support of her application for payment of unclaimed funds, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  Reply is due on or before August 30, 2021.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  August 16, 2021

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625