Dear Judge Goldgar: Greetings

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

FILED AUG 20 2021 JEFFREY ALLSTEADT, CLERK INTAKE 1 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

God looks at the heart of each one of us, but here it is in type. I am writing to you first because the Holy Spirit, which lives inside of me, told me to do so, and second I am obeying the word of God.

On July 12, 2021, when I was on the Zoom phone call, the Lord was there with me. I was supposed to receive what God had <u>blessed</u> me to receive. The Lord God thought me not to trust everybody that claims that they know God and love him. His word teaches us that if we keep his commands, then, He knows that we love him. (John 14:15: If ye <u>love Me</u>, keep my commandments.); and if we love the Lord God, then He commands us to love one another, so, that He will know that we are His disciples (John 13:34-35) A <u>new</u> commandment I give unto you, That ye love one another; as I have loved you that ye also <u>love</u> one another. By this shall all men know that ye are my <u>disciples if</u> ye have <u>love</u> one to another.

I returned back on the Zoom call on August 16, 2021, the person whom is trying to steal from me, did not even show up. I learned my lesson from the Lord when He told me not to trust everybody; that I am going to run into this End time life, (where I am on the battlefield for my Lord.) The Lord God is fighting my battles for me, to save me. (Deuteronomy 20:4: For the Lord your God is He that goeth with you, to fight for you against your enemies, to <u>save</u> you. I have been a victim of thievery ever since the year 2005. So, this is not something new to me; but I will receive everything that I have lost fold and then some, in Jesus Name.

On the 12th of July 2021, you made it seem as though you were looking for Justice, when I heard your statement that you made, and then paused, to hear a response from me, when I could not

Wednesday, August 18, 2021 Page | 1

because, I was muted off of the call. As soon as my name was called, the person stealing, came on the phone lying that he was there to represent me. Why would the court call the person who is stealing? To come to court, and not call me to inform me. He and I had already talked and he knew that I was representing myself, after all, I filled out my own court papers. Shawn was not suppose to be allowed in on my court session. I did sign something, it was my fault that I did not read the paper, I admitted that. God saw that, and cautioned me to not trust everybody. I was not informed what I was signing, and I still do not know what I signed because I did not get a copy of the paperwork even though I requested it. (Revelation 3:8 The Lord said that the door is still open, that no man can close.) I was instructed by the Holy Spirit that lives inside of me to respond to the August 16, 2021 Zoom call because the Lord God sent a message to Shawn. (Romans 13:9 Owe no man anything but to love one another; for he that loveth another hath fulfilled the law; for this Thou shalt not commit adultery, Thou shalt not kill and do no covet: desire what belongs to someone else. All of these and the others God is against.

I should have been able to receive my financial Blessing when I showed up to claim what I left behind on July 12: It was awarded to me, and if Shawn wants to sue me, he can try at some other time. (1 Corinthians 6:1 dare any of you, having a matter against another, go to law before the unjust and not before the saints.) The Lord God made man to work for Him, to do His work that He chose us to do before the foundation of the world. Man have changed all of God's laws to satisfy their own lasciviousness ways. (Romans 7:5 for when we were in the flesh the motions of sins, which, were by the law, did work in our members to bring forth fruit unto death; but now we are delivered from the law, that being dead wherin we were held; that we should serve in Newness of Spirit and not in the oldness of the letter.

Jesus Christ died on the cross, <u>Shed his Blood</u> <u>for me</u> and everybody else that have a fleshly body so, that God can put the Holy Spirit in us, to do His End time work to bring: Beautification, Restore Love, Joy and Peace back to His earth that He made for Himself, and for His purpose.

We all belong to God, Lord of the Universe. (1Corithians 6:14 And God <u>hath</u> both <u>raised up</u> the Lord and <u>will</u> also <u>raise up</u> us by His own power. The Holy Spirit that lives inside of us, the ones of us who have received it); 15: Know ye not that your bodies are the member of <u>Christ</u>; 19: What? Know ye not that your <u>body</u> is the <u>temple</u> of the <u>Holy Ghost</u> (Holy Spirit), which is in you, which ye have of <u>God</u>, and ye are not your own?; 20: For ye <u>are bought</u> with a price therefore <u>glorify</u> God in your body, and in your spirit, which are God's. (Practice Righteousness, do not turn <u>what is wrong</u> into right and do not turn what is right into wrong says the Lord God).

I had to write you judge, because the Righteous Judge Lord God of the Universe, instructed me to do so, and I must obey because He is the Judge of all judges and all us people, who are His blood bought children. The Kingdom of Heaven <u>is at</u> hand. (Matthew 10:20 for it is not ye that speak, but Friday, August 20, 2021<u>the Spirit</u> of your <u>Father</u> which speaketh in you. (the Holy Spirit); (John 12:49 For I have not spoken of Myself (<u>Jesus</u>) but the Father which sent <u>Me</u>, He (God) gave Me a commandment, what I should say and what I should speak; He that rejected me, and receiveth not my <u>words,</u> hath One that judges him; the word that I have spoken, the same, shall judge him in the <u>last</u> day.

Thank You Sincerely    (773) 759-9710

*Jacqueline Scott*